**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1520**

---

KIMBERLY J. BROWN, JD,

       Plaintiff - Appellant,

   v.

HOLIDAY INN EXPRESS & SUITES; INTERCONTINENTAL HOTEL GROUP AMERICAS OFFICE; BON SECOURS RETREAT CONFERENCE CENTER; OFFICE OF THE CHIEF OF POLICE BALTIMORE COUNTY POLICE DEPARTMENT; UNKNOWN EMPLOYEES, OFFICERS AND OTHER INDIVIDUALS,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge. (1:22-cv-00281-LKG)

---

Submitted: August 24, 2023           Decided: August 28, 2023

---

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** Alexander Taylor, ALEX TAYLOR LAW, PLC, Richmond, Virginia; Charles Tucker, Jr., THE COCHRAN FIRM – HYATTSVILLE, Hyattsville, Maryland, for Appellant.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly J. Brown appeals the district court's order denying her Fed. R. Civ. P. 60(b)(1), (6) motion to reconsider the court's order dismissing without prejudice her civil complaint. We have reviewed the record and find no abuse of discretion in the district court's denial of Brown's motion. *See MLC Auto., LLC v. Town of S. Pines*, 532 F.3d 269, 277 (4th Cir. 2008) (providing standard of review). Accordingly, we affirm the district court's order. *Brown v. Holiday Inn Express & Suites*, No. 1:22-cv-00281-LKG (D. Md. Apr. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*